NUMBER 13-06-474-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: ERIC CORTINAS

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 

 Relator, Eric Cortinas, filed a petition for writ of mandamus in the above cause on
August 28, 2006, in which he alleges that respondent, Doug Dretke, Director of the Texas
Department of Criminal Justice - Institutional Division, abused his discretion by failing to
perform his ministerial duty by timely transferring relator to the TDCJ-Institutional Division. 

 The Court, having examined and fully considered the documents on file and petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8. Accordingly, the petition for writ of mandamus is DENIED. 

 

 PER CURIAM



Memorandum Opinion delivered and

filed this the 14th day of September, 2006.